IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CLAUDE SPENCER,

    Petitioner,

  v.

CYNTHIA MAUSSER, et al.,

    Respondent.

CASE NO. 2:14-CV-00504
JUDGE JAMES L. GRAHAM
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On December 24, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that Respondent's *Motion to Dismiss*, ECF 10, be **GRANTED,** and that Petitioner's *Motion to Strike* and *Motion for Summary Judgment*, ECF 11, 12, be **DENIED**. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation*, ECF 13, is **ADOPTED** and **AFFIRMED.** Respondent's *Motion to Dismiss*, ECF 10, is **GRANTED;** Petitioner's *Motion to Strike* and *Motion for Summary Judgment*, ECF 11, 12, are **DENIED**.

This action is hereby **DISMISSED.**

    **IT IS SO ORDERED.**

Date: January 27, 2015

                                        _____s/James L. Graham_____
                                        JAMES L. GRAHAM
                                        United States District Judge